# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2019

SEAN F. McAVOY, CLERK

WILLIAM BRADLEY JACKSON,

*Plaintiff*

v.

STATE DEPARTMENT OF CORRECTIONS,

*Defendant*

Civil Action No. 2:18-CV-00200-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Respondent's Motion to Dismiss Amended Petition for Untimeliness Under 28 U.S.C. 2244(d) (ECF No. 14) is GRANTED. Petitioner's Construed Motion to Amend Petition for Writ of Habeas Corpus (ECF No. 9) is GRANTED. Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 12) is DISMISSED with prejudice. Judgment is entered in favor of Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian .

Date: 3/20/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen